UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

XUEJUN MAKHSOUS,

    Plaintiff,

 v.              Case No. 18-C-587

PAM DAYE,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

Plaintiff Xuejun Makhsous, who is currently representing herself, filed this action alleging Defendant Pam Daye, Supervisor of the Adult Disability Resource Center of Marinette County, violated her Fourteenth Amendment rights. Presently before the court is Plaintiff's motion to compel discovery. Plaintiff's motion, however, fails to comply with the local rule governing motions to compel. The local rule provides:

> All motions to compel disclosure or discovery pursuant to Fed. R. Civ. P. 25 through 37 must be accompanied by a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

Civil L.R. 37 (E.D. Wis.); *see also* Fed. R. Civ. P. 37(a)(1). Plaintiff's motion fails to indicate whether she attempted to confer with Defendant in an effort to resolve any discovery dispute *before* seeking relief from the court. For this reason, Plaintiff's motion to compel (Dkt. No. 7) is **DENIED**. The denial is without prejudice, however. Plaintiff may renew her motion upon complying with the local rule.

**SO ORDERED** this  15th  day of May, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court